UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTY SHINN, | : | Civil No. 1:23-CV-02097 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA SCHOOL BOARDS ASSOCIATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
July 3, 2025

For the reasons detailed in the simultaneously filed memorandum opinion, **IT IS ORDERED** that the motion to dismiss (*doc. 14*) is **GRANTED IN PART** insofar as we dismiss Shinn's hostile work environment claims with leave to file an amended complaint on or before **July 24, 2025**. **IT IS FURTHER ORDERED** that the motion to dismiss (*doc. 14*) is **DENIED** in all other respects.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge